STATE OF NEW JERSEY v. MARVIN F. BURTEN, ET AL.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LAZARO NUNEZ.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND VAN VALEN.

April 28, 1987.

Petition for certification denied.

IN RE PRESENTMENT OF SPECIAL UNION COUNTY GRAND JURY PANEL NUMBER 3.

April 28, 1987.

Petition for certification denied.